## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wendy Layne Fox, | ) | Case No. 1:16-cr-192 |
| | ) | |
| Defendant. | ) | |

On October 25, 2016, the Pretrial Services Office was advised by the Heartview Foundation that it was terminating defendant from its inpatient treatment program in Cando, North Dakota. Consequently, that court signed a petition for action on defendant's conditions of pretrial release and directed the Clerk's office to issue an arrest warrant for defendant.

On October 26, 2016, the Heartview Foundation contacted the Pretrial Services Office to advise that it had reconsidered its decision and that defendant could remain in its inpatient treatment program. Accordingly, the court **DISMISSES** the petition for action on defendant' conditions of pretrial release on its own motion and **QUASHES** the arrest warrant for defendant.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2016.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr., Magistrate Judge
>United States District Court

.